UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 05-85627 |
| RELIABLE AIR, INC, d/b/a | ) | |
| RELIABLE HEATING AND AIR, | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | JUDGE MASSEY |
| | ) | |

## MOTION TO COMPEL DISCOVERY AND MOTION TO CONTINUE CONFIRMATION HEARING

COMES NOW, Daniel L. Jape ("Creditor" and "Movant") and files this, his Motion to Compel Discovery and Motion to Continue the Confirmation Hearing currently scheduled for October 24, 2007 at 9:30 a.m. and shows the Court the following:

1.      On September 7, 2007, Movant filed a Motion to Appoint a Trustee, or in the Alternative, to Convert the Case to a Chapter 7 and filed a supplement to this Motion on October 12, 2007 (collectively, "Motion for Trustee"). The Motion for Trustee is still pending before the Court.[1]

2.      On October 3, 2007, Movant filed an Objection to the Confirmation of the Plan and on October 12th, filed a supplement to that Objection (collectively, the "Objection").

3.      In support of Movant's Objection, counsel for Mr. Jape, on October 5, 2007, sent correspondence to Debtor's counsel access to the Debtor's books and records for examination prior to the confirmation hearing (the "Records Request Letter"). A true and correct copy of this letter is attached hereto and incorporated herein as Exhibit "A".

---

[1] During a conference call with the Court held on September 2007, the Court stated it will hold the hearing on Motion for Trustee after the Confirmation hearing. Movant respectfully notes that should the plan be confirmed the Motion for Trustee is likely rendered moot.

4.      Also, on October 5, 2007, by second letter to the Debtor's counsel, Mr. Jape requested dates to take the depositions the ("Deposition Letter") of the senior management proposed in the First Amended Plan of Reorganization; a designated representative of Reliable Air; and the Debtor's retained accountant, Mr. Jeffrey Kerr.  In the Deposition Letter, Movant also requested that the Debtor's attorney agree to make the individuals available without the requirement of Subpoenas and served Notices of Deposition for the persons' sought to be examined.  A true and correct copy of the Deposition Letter and its accompanying Notices are attached hereto and incorporated herein as Exhibit "B".  In the Deposition Letter, which was a follow up to a voice message left on Mr. Williamson's voice message system in the early morning of October 5th, Movant requested a response by noon on Monday, October 8, 2007.

5.      On October 8, 2007, having received no response to the Deposition Letter (or the Records Request Letter); Movant was forced to serve subpoenas on the three non-party deponents.  Mr. Infante and Mr. Kerr were served with subpoenas on October 9, 2007, for depositions scheduled for October 15, 2007 and October 17, 2007.  The subpoena issued to Ms. Birkoff could not be served because she and Ms. Jape were out of town, (possibly out of the country) until Tuesday, October 16, 2007.

6.      Early on October 10, 2007, Movant's counsel attempted to resolve the issues regarding the depositions of Debtor's employees and the Records via correspondence sent to Debtor's counsel.  In this correspondence, Movant requested that the Debtor respond by the end of business on Thursday, October 11, 2007.  A true and correct copy of the October 10th letter is attached as Exhibit "C".

7.      On October 11, 2007, after the close of business, counsel for Mr. Jape received a letter from Debtor's counsel via e-mail which did not offer reasonable alternatives to the

properly subpoenaed depositions of Mr. Kerr and Mr. Infante. Nor was there any mention of the Debtor's business records requested in the Records Request Letter. A true and correct copy of this October 11, 2007 letter is attached hereto and incorporated herein as Exhibit "D".

8.    Via correspondence on October 12, 2007, Movant responded that Debtor's October 11th letter advising that it would decide if the records supplied by Mr. Infante and Ms. Birkoff were sufficient was not acceptable. Movant again requested access to the books and records. A true and correct copy of Movant's October 12th letter is attached as Exhibit "E".

9.    Subsequently on Friday, October 12, 2007, Debtor filed a Motion to Quash the Subpoena of Frank Infante scheduled for Monday, October 15, 2007.

10.    On October 15, 2007, at a court hearing on another matter, counsel for Movant and counsel for the Debtor spoke regarding the requested and noticed depositions. Movant confirmed this discussion via correspondence of the same date. A true and correct copy of the October 15th Letter is attached as Exhibit F".

11.    Debtor, via its counsel, responded on October 15, 2007, stating that it would provide the records requested once Mrs. Jape gathers them and Debtor's counsel has reviewed them and then "we will provide access to the documents or will provide you the basis of any objection the Debtor may assert. In any event we will get you a response as soon as possible." (Emphasis added.) See, Exhibit "G", infra.

12.    Movant's counsel responded, via email, to Debtor's October 15th email on October 16th at 10:42 am., again in a good faith effort to resolve this discovery dispute, and suggested dates and times for the depositions and review of records, although noting also that the Debtor's failure to respond directly for the past 10 days had jeopardized Movant's ability to adequately review and prepare.

13.    Debtor's counsel replied to Movant's Oct. 16th email on the same day at 7:13 p.m., stating for the first time that it did not consider the Record Request Letter adequate, but stating also, that it would make them available, but still not providing any date or time.  Further, Debtor and/or its counsel appeared to be determining the documents to which Mr. Jape should have access.  A true and correct copy of the e-mail, sent and received at 6:23 p.m. on October 15, 2007, Movant's responsive email of October 16th, and Debtor's reply e-mail sent on October 16th at 7:13 p.m. is attached as Exhibit "G".

**ARGUMENT AND CITATION TO AUTHORITY**

Daniel Jape is undisputedly a 50% shareholder and a Director of the Debtor.  He is, thus, entitled to examine the books and records of the Debtor.  O.C.G.A. §14-2-1602.  Further, he is a creditor in this Bankruptcy case, and has filed objections to the confirmation of the Plan filed ostensibly by the Debtor.  However, as noted in his Objection, the Plan was never presented to the Board of Directors at any time prior to filing, and as of October 17, 2007 management has not met with the Board to discuss any aspect of the bankruptcy much less the plan at issue.  The failure to provide access to the books and records is unnecessary and prejudices Movant in all his capacities.

An objection to confirmation is a contested matter.  Fed.R.Bankr.P. 3015(f), governed by Fed.R.Bankr.P. 9014.  This Court issued its order on confirmation on September 14, 2007.  The Debtor served it on September 24, 2007 (ten days later).[2]  Movant seeks to depose the proposed senior management of the Debtor and the Debtor's accountant regarding the feasibility of the Plan and the proposed investment into the reorganized debtor.  Debtor has known of Movant's request to take the depositions since October 5th, but made no response to Movant until October

---

[2] Incredibly, Debtor accuses Movant of delaying.

11, 2007 after the close of business.[3]  Further, the Debtor's first response to the Record Request Letter was in the Debtor's counsel e-mail of October 16th sent at 7:13 pm.

Because the Debtor has not provided access to the Movant or his agents in a timely manner, Movant is prejudiced and cannot adequately prepare for depositions, nor contest the Debtor's testimony at the hearing on confirmation set for October 24th.

The decision to grant or deny a continuance is properly left to the sound discretion of the trial court.  See e.g. In re Armstrong World Industries, Inc., 320 B.R. 523 ( D.Del. 2005), (citing to Sutherland Paper Co. v. Grant Paper Box Co., 183 F.2d 926, 931 (3d Cir.1950).  In this instant case, a continuance is necessary to provide Movant with reasonable access to the records to which only the Debtor has access.  Debtor is playing "hide the ball" with this Movant and this Court.  Therefore, Movant seeks a continuance and an order of the Court compelling Debtor to provide access to Movant, specifically his agent, an accountant who can review the books and records in their original form to determine if the plan is feasible, the payments by Debtor have not been for unlawful purpose and so that Mr. Jape can fulfill his duties as a director of this allegedly insolvent corporation.  Further, Movant seeks an order compelling the Debtor to make the persons noticed for depositions available.  Lastly, Movant requests that the Confirmation Hearing be continued until the records review and the examinations take place.

WHEREFORE, Movant requests that the Confirmation Hearing be continued until Movant has had an opportunity to review the books and records and take the depositions of the above-described individuals and until the Court rules on the pending Motion to Appoint a Trustee, or in the Alternative, Convert Case and for such other and further relief as is just and proper.

---

[3] Debtor's counsel, Ms. Ray, consistently files pleadings and sends email and other correspondence, at least in this case, after most offices have closed.

This 17th day of October, 2007.

Respectfully submitted,

**HOWICK, WESTFALL,**
**McBRYAN & KAPLAN, LLP**

/s/
_____
Louis G. McBryan, Bar No. 480993
Virginia B. Bogue, Bar No. 065695
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
(678) 384-7000 *phone*
(678) 384-7034 *facsimile*
*lmcbryan@hwmklaw.com*
*vbogue@hwmklaw.com*
*Attorneys for Defendants*

# HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP

Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
TELEPHONE (678) 384-7000 FACSIMILE: (678) 384-7034
WWW.HWMKLAW.COM

SUSAN L. HOWICK
M. TODD WESTFALL
LOUIS G. McBRYAN
MICHAEL C. KAPLAN

DAVID R. DOLINSKY
JONATHAN P. ROTENBERG
VIRGINIA B. BOGUE
CHRISTOPHER S. COOPER

Direct Number: 678/384-7015
E-mail: lmcbryan@hwmklaw.com

October 5, 2007

J. Robert Williamson, Esq.
SCROGGINS & WILLIAMSON, P.C.
1500 The Candler Building
127 Peachtree Street
Atlanta, Georgia 30303

**VIA FACSIMILE NO. (404) 893-3886**
**AND FIRST CLASS MAIL**

Re:    In re: Reliable Air, Inc., Case No. 05-85627-JEM

Dear Rob:

As you are aware, this law firm represents Mr. Daniel Jape, a creditor in the above-styled matter as well as a 50% shareholder in the company and the director. This letter is sent to pursuant to O.C.G.A. § 14-2-1602, and as a shareholder, Mr. Jape hereby demands access to the books and records of the Reliable Air, Inc. Please make the following records available to Mr. Jape and his agents, including accountants:

- A written explanation of $247,657.00 depreciation expense in August 2007;
- Explanation of payments to Chris Birkhoff, Daniel Jape, and Elizabeth Jape;
- Deposits slips for the operating account from the date of filing to present;
- Check registers and cancelled checks from the date of filing to present;
- Financial statements of Frank Infante and Linda Birkhoff;
- A statement of administrative claims and professional fees owed by Debtor as of 10/5/07; and
- Documents used to calculate financial projections in Exhibit B of Second Amended Disclosure Statement.

The purpose of the inquiry is to review the Debtor's receipts, payments and disbursements to creditors, shareholders, and directors. We would like to review those books and records during the week of October 15, 2007. Please advise if you will provide them. We require a



J. Robert Williamson, Esq.
October 5, 2007
Page 2

response to this correspondence no later than Monday, October 8, 2007.  If we do not receive a response by that time, we will pursue all actions available to Mr. Jape with regards to this matter.

Sincerely,

Louis G. McBryan

LGM/hmp
Enclosure
cc:    Mr. Daniel Jape

# HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP

Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
TELEPHONE (678) 384-7000 FACSIMILE: (678) 384-7034
WWW.HWMKLAW.COM

SUSAN L. HOWICK
M. TODD WESTFALL
LOUIS G. McBRYAN
MICHAEL C. KAPLAN

DAVID R. DOLINSKY
JONATHAN P. ROTENBERG
VIRGINIA B. BOGUE
CHRISTOPHER S. COOPER

Direct Number: 678/384-7015
E-mail: lmcbryan@hwmklaw.com

October 5, 2007

J. Robert Williamson, Esq.
SCROGGINS & WILLIAMSON, P.C.
1500 The Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

**VIA FACSIMILE**
**AND FIRST CLASS MAIL**

Re:   In re: Reliable Air, Inc., Chapter 11, Case No. 05-85627-JEM

Dear Rob:

Per my voicemail left today, we would like to take the Federal Rule of Bankruptcy Procedure 7030(b)(6) depositions of Debtor's employees or agents regarding: 1) the feasibility of the Plan, 2) the liquidation analysis, 3) the Debtor's ability to make the initial plan distribution, and pay the administrative and priority tax claims.  In addition, we would also like to take the deposition of the Debtor's certified public accountant, Jeffrey Kerr, and the senior management listed in the Second Amended Disclosure Statement, namely Linda Birkoff and Frank Infante.

I am enclosing herewith the Notices of Deposition for Frank Infante, Linda Birkhoff, Jeffrey Kerr, and the designated representative of Reliable Air, which I have scheduled for October 15th, 16th, 17th, and 18th at 10:00 a.m.  If these dates and times are not convenient, we are agreeable to rescheduling for a mutually convenient time.

Lastly, will you agree to make these individuals available and provide the documents requested, or will you require our compelling their attendance by subpoena?  Please advise by noon on Monday, October 8, 2007.  Thank you.


EXHIBIT

{File: 00005751.DOC /}

J. Robert Williamson, Esq.
October 5, 2007
Page 2

Sincerely,

Louis G. McBryan

LGM/hmp
Enclosures
cc:    Mr. Daniel Jape

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEATING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## <u>NOTICE OF DEPOSITION OF JEFFREY KERR</u>

To:   Reliable Air, Inc., d/b/a Reliable Heating and Air
c/o Its Counsel of Record
Ashley Reynolds Ray, Esq.
Robert J. Williamson, Esq.
Scroggins & Williamson, Esq.
1500 Candler Building
127 Peachtree Streeet, N.E.
Atlanta, Georgia 30303

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on October 17, 2007, Daniel L.

Jape will take the deposition upon oral examination of Jeffrey Kerr, pursuant to Federal Rule of

Civil Procedure 30, made applicable hereto by Federal Rule of Bankruptcy Procedure 7030,

before an officer duly authorized by law to take the depositions at the law office of Howick,

Westfall, McBryan & Kaplan, LLP, Suite 600, One Tower Creek, 3101 Tower Creek Parkway,

Atlanta, GA 30339, or at such other place as may be agreed upon by counsel.

This deposition will be taken before an authorized court reporter for the purposes of

discovery and for any other purpose authorized by the Federal Rules of Bankruptcy Procedure.

Such deposition will be recorded and continue from day to day until completed.

This _5_ day of October, 2007.

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP


/s/ _____
Louis G. McBryan, Georgia Bar No. 480993
Virginia B. Bogue, Georgia Bar No. 069695
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com
vbogue@hwmklaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEARING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served the NOTICE OF DEPOSITION OF JEFFREY KERR

by placing a copy of the same in the United States Mail with adequate postage affixed to ensure

proper delivery to the following interested parties:

J. Robert Williamson, Esq.
Ashley Reynolds Ray, Esq.
SCROGGINS & WILLIAMSON
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

This _5_ day of October, 2007.

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP

/s/_____
Louis G. McBryan, Georgia Bar No. 480993
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com

{File: 00005762.DOC /}

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEATING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF FRANK INFANTE AND
## REQUEST FOR DOCUMENTS

To:   Reliable Air, Inc., d/b/a Reliable Heating and Air
      c/o Its Counsel of Record
      Ashley Reynolds Ray, Esq.
      Robert J. Williamson, Esq.
      Scroggins & Williamson, Esq.
      1500 Candler Building
      127 Peachtree Streeet, N.E.
      Atlanta, Georgia 30303

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on October 15, 2007, Daniel L.

Jape will take the deposition upon oral examination of Frank Infante, pursuant to Federal Rule of

Civil Procedure 30, made applicable hereto by Federal Rule of Bankruptcy Procedure 7030,

before an officer duly authorized by law to take the depositions at the law office of Howick,

Westfall, McBryan & Kaplan, LLP, Suite 600, One Tower Creek, 3101 Tower Creek Parkway,

Atlanta, GA 30339, or at such other place as may be agreed upon by counsel. Pursuant to

Bankruptcy Rule 7034 and Rule 34 of the Federal Rules of Civil Procedure, Daniel L. Jape

requests that Frank Infante produce for inspection and copying, the documents identified on

Exhibit "A". This deposition will be taken by an authorized court reporter for the purpose of

discovery and for any other purpose authorized by the Federal Rules of Civil and Bankruptcy

Procedure. Such deposition will be recorded and will continue from day to day until complete.

{File: 00005764.DOC /}

A subpoena duces tecum will be served on Frank Infante and will direct the production of the materials designated in Exhibit "A".

This ⎯5⎯ day of October, 2007.

<div style="margin-left:40%;">

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP


/s/ _____
Louis G. McBryan, Georgia Bar No. 480993
Virginia B. Bogue, Georgia Bar No. 069695
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com
vbogue@hwmklaw.com

</div>

{File: 00005764.DOC /}

## EXHIBIT A

Reliable Air, Inc. shall designate one or more persons who can testify to each of the following matters:

1.    Personal financial statements and any other documents which evidence Mr. Infante's ability to invest $25,000 in the reorganized debtor.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEARING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served the NOTICE OF DEPOSITION OF FRANK

INFANTE AND REQUEST FOR DOCUMENTS by placing a copy of the same in the United

States Mail with adequate postage affixed to ensure proper delivery to the following interested

parties:

J. Robert Williamson, Esq.
Ashley Reynolds Ray, Esq.
SCROGGINS & WILLIAMSON
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

This ___5___ day of October, 2007.

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP

/s/
Louis G. McBryan, Georgia Bar No. 480993
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com

{File: 00005764.DOC /}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEATING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF LINDA BIRKHOFF
## AND REQUEST FOR DOCUMENTS

To:    Reliable Air, Inc., d/b/a Reliable Heating and Air
c/o Its Counsel of Record
Ashley Reynolds Ray, Esq.
Robert J. Williamson, Esq.
Scroggins & Williamson, Esq.
1500 Candler Building
127 Peachtree Streeet, N.E.
Atlanta, Georgia 30303

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on October 16, 2007, Daniel L.

Jape will take the deposition upon oral examination of Linda Birkhoff, pursuant to Federal Rule

of Civil Procedure 30, made applicable hereto by Federal Rule of Bankruptcy Procedure 7030,

before an officer duly authorized by law to take the depositions at the law office of Howick,

Westfall, McBryan & Kaplan, LLP, Suite 600, One Tower Creek, 3101 Tower Creek Parkway,

Atlanta, GA 30339, or at such other place as may be agreed upon by counsel.  Pursuant to

Bankruptcy Rule 7034 and Rule 34 of the Federal Rules of Civil Procedure, Daniel L. Jape

requests that the designated witnesses produce for inspection and copying, documents relating to

the topics designated in Exhibit "A".  This deposition will be taken by an authorized court

reporter for the purpose of discovery and for any other purpose authorized by the Federal Rules

of Civil and Bankruptcy Procedure.  Such deposition will be recorded and will continue from day

to day until complete.

A subpoena duces tecum will be served on Linda Birkhoff and will direct the production

of the materials designated in Exhibit "A".

This ___5___ day of October, 2007.

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP


/s/
Louis G. McBryan, Georgia Bar No. 480993
Virginia B. Bogue, Georgia Bar No. 069695
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com
vbogue@hwmklaw.com

{File: 00005765.DOC /}

## EXHIBIT A

Reliable Air, Inc. shall designate one or more persons who can testify to each of the following matters:

1.  Personal financial statements and any other documents which evidence Ms. Birkhoff's ability to invest $25,000 in the reorganized debtor.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          )     CASE NO. 05-85627
                                )
RELIABLE AIR, INC. d/b/a        )     Chapter 11
RELIABLE HEARING AND AIR,       )
                                )     JUDGE MASSEY
            Debtor.             )
                                )

## CERTIFICATE OF SERVICE

This is to certify that I have served the NOTICE OF DEPOSITION OF LINDA

BIRKHOFF AND REQUEST FOR DOCUMENTS by placing a copy of the same in the United

States Mail with adequate postage affixed to ensure proper delivery to the following interested

parties:

J. Robert Williamson, Esq.
Ashley Reynolds Ray, Esq.
SCROGGINS & WILLIAMSON
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

This   5   day of October, 2007.

                                Respectfully submitted,

                                HOWICK, WESTFALL, McBRYAN
                                & KAPLAN, LLP


                                /s/
                                Louis G. McBryan, Georgia Bar No. 480993
                                Suite 600, One Tower Creek
                                3101 Tower Creek Parkway
                                Atlanta, Georgia 30339
                                Telephone: 678-384-7000
                                Facsimile: 678-384-7034
                                lmcbryan@hwmklaw.com

{File: 00005765.DOC /}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEATING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## NOTICE OF DEPOSITION OF RELIABLE AIR, INC.

To:    Reliable Air, Inc., d/b/a Reliable Heating and Air
c/o Its Counsel of Record
Ashley Reynolds Ray, Esq.
Robert J. Williamson, Esq.
Scroggins & Williamson, Esq.
1500 Candler Building
127 Peachtree Streeet, N.E.
Atlanta, Georgia 30303

PLEASE TAKE NOTICE that commencing at 10:00 a.m. on October 18, 2007, Daniel L.

Jape will take the deposition upon oral examination of the designated witness(es) of Plaintiff,

pursuant to Federal Rule of Civil Procedure 30(b)(6), made applicable hereto by Federal Rule of

Bankruptcy Procedure 7030(b)(6), before an officer duly authorized by law to take the

depositions at the law office of Howick, Westfall, McBryan & Kaplan, LLP, Suite 600, One

Tower Creek, 3101 Tower Creek Parkway, Atlanta, GA 30339, or at such other place as may be

agreed upon by counsel.  Pursuant to Bankruptcy Rule 7034 and Rule 34 of the Federal Rules of

Civil Procedure, Daniel L. Jape requests that the designated witnesses produce for inspection and

copying, documents relating to the topics designated in Exhibit "A".  This deposition will be

taken by an authorized court reporter for the purpose of discovery and for any other purpose

authorized by the Federal Rules of Civil and Bankruptcy Procedure.  Such deposition will be recorded and will continue from day to day until complete.

The Debtor shall designate one or more officers or agents or other persons most knowledge and authorized to testify on its behalf with respect to the matters set forth below.  The Debtor shall notify Daniel L. Jape in advance of the name and position of each individual that it is designating to testify with respect to each of the matters set forth in Exhibit "A".

This __5__ day of October, 2007.

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP

/s/ _____
Louis G. McBryan, Georgia Bar No. 480993
Virginia B. Bogue, Georgia Bar No. 069695
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com
vbogue@hwmklaw.com

{File: 00005773.DOC /}

## EXHIBIT A

Reliable Air, Inc. shall designate one or more persons who can testify to each of the following matters:

1. The feasibility of the proposed Chapter 11 Plan;
2. The liquidation analysis in the Second Amended Disclosure Statement;
3. The Debtor's ability to make the initial distribution pursuant to the proposed Chapter 11 Plan;
4. The Debtor's ability to pay the administrative and priority tax claims; and
5. The financial projections in the Second Amended Disclosure Statement.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-85627 |
| | ) | |
| RELIABLE AIR, INC. d/b/a | ) | Chapter 11 |
| RELIABLE HEARING AND AIR, | ) | |
| | ) | JUDGE MASSEY |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have served the NOTICE OF DEPOSITION RELIABLE AIR,

INC. by placing a copy of the same in the United States Mail with adequate postage affixed to

ensure proper delivery to the following interested parties:

J. Robert Williamson, Esq.
Ashley Reynolds Ray, Esq.
SCROGGINS & WILLIAMSON
1500 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

This ___5___ day of October, 2007.

Respectfully submitted,

HOWICK, WESTFALL, McBRYAN
& KAPLAN, LLP

/s/
Louis G. McBryan, Georgia Bar No. 480993
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
Telephone: 678-384-7000
Facsimile: 678-384-7034
lmcbryan@hwmklaw.com

{File: 00005773.DOC /}

# HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP

Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
TELEPHONE (678) 384-7000 FACSIMILE: (678) 384-7034
WWW.HWMKLAW.COM

SUSAN L. HOWICK
M. TODD WESTFALL
LOUIS G. McBRYAN
MICHAEL C. KAPLAN
_____

DAVID R. DOLINSKY
JONATHAN P. ROTENBERG
VIRGINIA B. BOGUE
CHRISTOPHER S. COOPER

Direct Number:  678/384-7015
E-mail: lmcbryan@hwmklaw.com

October 10, 2007

J. Robert Williamson, Esq.                          **VIA FACSIMILE**
SCROGGINS & WILLIAMSON, P.C.                **AND FIRST CLASS MAIL**
1500 The Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

      Re:    In re: Reliable Air, Inc., Chapter 11, Case No. 05-85627-JEM

Dear Rob:

      We never received a response to my voicemail of Friday, October 5, 2007, regarding the proposed depositions of Frank Infante, Linda Birkhoff, the designated representative of the Debtor, and Jeff Kerr.  We have also not received a response to our correspondence of the same date regarding the same.

      On October 9, 2007, we were advised that upon trying to serve Linda Birkhoff with a subpoena, that she is out of town and will not return until Tuesday, October 16, 2007, the date subject of the notice of deposition and subpoena for her.  We would like your agreement that you will make Ms. Birkhoff available on the sixteenth for her deposition or provide another date in that same week.  Please advise me if you will agree to such by the end of business on Thursday, October 11, 2007.  If we do not hear from you by that time in an affirmative response, please be advised that we will seek a continuance from the confirmation hearing currently set for October 24, 2007.  We look forward to hearing from you.

                    Sincerely,

                    Louis G. McBryan

LGM/hmp
Enclosures
cc:   Mr. Daniel Jape

EXHIBIT

{File: 00005862.DOC /}

LAW OFFICES

## SCROGGINS & WILLIAMSON

1500 CANDLER BUILDING

127 PEACHTREE STREET, N.E.

ATLANTA, GEORGIA 30303

(404) 893-3880 · TELEPHONE
(404) 893-3886 · FACSIMILE

J. ROBERT WILLIAMSON, P.C.

ASHLEY REYNOLDS RAY

OF COUNSEL:
JOHN T. SANDERS, IV
RETIRED:
FRANK W. SCROGGINS, P.C.

October 11, 2007

VIA E-MAIL AND FIRST CLASS MAIL

Louis G. McBryan
Howick, Westfall, McBryan & Kaplan, LLP
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339

      **Re:**   *In re Reliable Air, Inc.*, **Chapter 11 Case No. 05-85627-jem**
               **United States Bankruptcy Court, N. District of GA, Atlanta Div.**
               **(the "Bankruptcy Case")**

Dear Lou:

      We are in receipt of your letter dated October 10, 2007. It is our understanding that you would like to take the deposition of Jeff Kerr, a designated representative of Reliable Air, Inc., (the "Debtor"), Frank Infante and Linda Birkhoff in connection with the confirmation hearing on the Debtor's First Amended Plan of Reorganization (the "Plan") scheduled for hearing on October 24, 2007. We are agreeable to scheduling the requested depositions at a time and place which is mutually agreeable.

      First, Jeff Kerr informs me that he has received a subpoena for a deposition on October 17, 2007 in connection with the above-referenced matter. I understand that Mr. Kerr will be testifying in an unrelated matter on October 17, 2007 which will likely last the entire day. As an alternative, Mr. Kerr will be available for deposition at our office on either October 22 or October 23, 2007. Please let me know which of these dates works best with your schedule.

      Second, the Debtor will make Barbara Jape available for deposition as the designated corporate representative. We will make Ms. Jape available on October 18 or 19, 2007 at our office. Please let me know which of these dates you prefer.

      Third, the Debtor will provide documentation evidencing Mr. Infante and Ms. Birkhoff's ability to purchase stock in the reorganized Debtor as contemplated by the Plan. We believe this should satisfy your concerns regarding these two individuals and a deposition should not be



Louis G. McBryan
October 11, 2007
Page 2

necessary. If after reviewing the produced documentation you still wish to examine Mr. Infante or Ms. Birkhoff, we will make Mr. Infante available on October 22 or 23 and Ms. Birkhoff available on October 19 or 23.

Finally, we would like to schedule a deposition of Daniel L. Jape in connection with his objection to confirmation of the Debtor's Plan. Please let me know Mr. Jape's availability the week of October 15, 2007 or on October 22 or 23, 2007.

Once you have had an opportunity to review your calendar, please let me know when you would like to schedule each of these depositions.

Very truly yours,

Ashley Reynolds Ray

# HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP
Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
TELEPHONE (678) 384-7000 FACSIMILE: (678) 384-7034
WWW.HWMKLAW.COM

SUSAN L. HOWICK
M. TODD WESTFALL
LOUIS G. McBRYAN
MICHAEL C. KAPLAN

---

DAVID R. DOLINSKY
JONATHAN P. ROTENBERG
VIRGINIA B. BOGUE
CHRISTOPHER S. COOPER

Direct Number: 678/384-7015
E-mail: lmcbryan@hwmklaw.com

October 12, 2007

Ashley Ray, Esq.
SCROGGINS & WILLIAMSON, P.C.
1500 The Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

**VIA E-FACIMILE**
**AND FIRST CLASS MAIL**

Re:    In re: Reliable Air, Inc., Chapter 11, Case No. 05-85627-JEM

Dear Ashley:

We are in receipt of your letter dated October 11, 2007, which was e-mailed to me after the close of business yesterday. First, your correspondence does not offer reasonable alternatives to the properly subpoenaed depositions of Mr. Jeff Kerr and Mr. Frank Infante. Second, the alternatives offered for Mr. Infante and Mr. Birkhoff are unreasonable and do not satisfy our request. Third, if Mrs. Jape is the designated corporate representative, October 18, 2007, is the designated date in the notice of deposition and we will be happy to come to your office for the deposition.

However, the Debtor has not responded to Mr. Jape's request of October 5, 2007, to review the Debtor's books and records, which was sent to Mr. Williamson. Therefore, absent the ability to review the books and records, it makes no sense to take anyone's depositions and we will file a motion to continue the confirmation hearing.



Ashley Ray, Esq.
October 12, 2007
Page 2

Please govern yourselves accordingly.

Sincerely,

Louis G. McBryan
(Dictated not read)

LGM/hmp
cc:    Mr. Daniel Jape

{File: 00005944.DOC /}

# HOWICK, WESTFALL, McBRYAN & KAPLAN, LLP

Suite 600, One Tower Creek
3101 Tower Creek Parkway
Atlanta, Georgia 30339
TELEPHONE (678) 384-7000 FACSIMILE: (678) 384-7034
WWW.HWMKLAW.COM

SUSAN L. HOWICK
M. TODD WESTFALL
LOUIS G. McBRYAN
MICHAEL C. KAPLAN

DAVID R. DOLINSKY
JONATHAN P. ROTENBERG
VIRGINIA B. BOGUE
CHRISTOPHER S. COOPER

Direct Number: 678/384-7015
E-mail: lmcbryan@hwmklaw.com

October 15, 2007

J. Robert Williamson, Esq.                          **VIA FACSIMILE**
SCROGGINS & WILLIAMSON, P.C.                         **AND FIRST CLASS MAIL**
1500 The Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

Re:    In re: Reliable Air, Inc., Chapter 11, Case No. 05-85627-JEM

Dear Rob:

This will confirm our conversation this afternoon at the conclusion of the hearing we attended in Columbus, Georgia on another matter.

As noted, we received your motion to quash the subpoena for Frank Infante in the above case and he did not attend his deposition noticed for today. Since we were unable to serve the subpoena on Linda Birkhoff, that noticed deposition is off for tomorrow. Also, I understand that Jeff Kerr has a conflict on Wednesday of this week due to a prior commitment for his testimony in another court. Please provide me the case and the court in which Mr. Kerr is set to testify. We will work with you for alternative dates.

However, you have not responded to Mr. Jape's demand in correspondence dated October 5, 2007, for access to the books and records of the Debtor. Please advise us in writing whether you will make those books and records available. Also, the availability of Mr. Jape's accountant is undetermined due to your failure to respond timely which may have jeopardized his availability for this week.

Absent an agreement on these matters, we will file a motion to continue the confirmation hearing. We look forward to hearing from you at your earliest convenience.



{File: 00005975.DOC /}

J. Robert Williamson, Esq.
October 15, 2007
Page 2

Sincerely,

Louis G. McBryan

LGM/hmp
cc:    Mr. Daniel Jape

## Louis McBryan

| | |
|---|---|
| **From:** | Ashley Ray [aray@swlawfirm.com] |
| **Sent:** | Tuesday, October 16, 2007 7:13 PM |
| **To:** | Louis McBryan |
| **Cc:** | rob Williamson; Virginia Bogue |
| **Subject:** | RE: In re Reliable Air, Inc. |

Lou,

        I have been out of the office the better part of the day and am just now having
an opportunity to respond to your e-mail from earlier today.  As an initial matter, the
Debtor is making every effort to accommodate Mr. Jape and his requests for information in
advance of the hearing on confirmation of the Debtor's Plan despite the fact that we do
not believe that the subject depositions have been properly noticed or that the Debtor is
under any obligation to produce the documents requested within the time frames you have
established.

        With that being said, the Debtor will make each of the individuals identified by
Mr. Jape available for deposition prior to the hearing on confirmation of the Debtor's
Plan.  I will confirm that the dates and times set forth in your e-mail below will work
and I will get back to you shortly.  The Debtor will not require that Mr. Jape issue
subpoenas for these alternative dates.

        With respect to the documents requested, the Debtor is agreeable to providing
certain accounting records identified in your letter dated October 5, 2007 for review by
Mr. Jape's agent, at the office of Scroggins & Williamson. I will let you know as soon as
these are available for review. Pursuant to  O.C.G.A. 14-2-1602(c), this is all that Mr.
Jape would arguably be entitled to review.  These are being provided in the spirit of
cooperation although in light of the pending litigation, it is unlikely that Mr. Jape's
request would satisfy the requirements of O.C.G.A.
14-2-1602(d).  Additionally, the Debtor has already provided you with documentation
evidencing Mr. Infante and Ms. Birkhoff's ability to purchase stock in the reorganized
Debtor.  We will provide you with the records requested in conjunction with the Rule
30(b)(6) deposition, or our objections thereto, at the scheduled deposition.

Ashley

At 10:42 AM 10/16/2007 -0400, Louis McBryan wrote:
>Ashley:
>
>        Thank you for your email below. Based upon your representation
>that Mr. Kerr will be providing testimony at the matter referenced in
>your email, I will release him from attending on Wednesday Oct. 17th.
>However, this also conditioned on: 1) he being made available on Monday
>Oct 22, 2007 at your offices, without need of another subpoena, and 2)
>our access to the books and records of the debtor as stated in my
>October 5th correspondence to Rob.
>
>        Your statement below of Mrs. Jape gathering the records
>requested I presume applies only to the scope of the 30(b)(6) noticed
>deposition. Our Oct 5th demand to the books and records, is allowed by
>Georgia law, and is not interposed for any unlawful purpose, but in
>support of: Mr. Japes' duties as director of Reliable Air, Inc, and his
>concerns as outlined in his objection to the plan and his motion for
>appointment of a trustee.
>
>        Therefore, please advise today, whether you will grant him,(
>and we agree it will be his agents and not him), to the actual books
>and records, at the company. Please advise us by 5 pm today.
>
>        As for Mr. Infante and Ms. Birkoff, we do want to take their
>deposition, and Friday Oct 19th at your offices for Ms. Birkoff is
>acceptable.



>Mr. Infante could also be on Monday the 22nd at your offices with Mr.
>Kerr. I suggest we do Mr. Infante at 9 am, followed by Mr. Kerr.
>
>          However, as for Barbara Jape, the 19th may now be better, so
>that we can review the books and records on Thursday the 18th. I
>suggest we do Ms. Birkoff at 9 am, followed by Mrs. Jape.
>
>          Please advise as soon as possible on the deposition times and
>dates, and by 5 pm today as to our demand for access to the books and
>records of the debtor
>
>          Lastly, this email is sent pursuant to BLR 7037-1, NDGA, in a
>good faith effort to resolve a discovery dispute.
>
>          Thank you for your cooperation.
>
>Lou
>
>
>
>Louis G. McBryan
>
>Howick, Westfall, McBryan & Kaplan, LLP Suite 600, One Tower Creek
>3101 Tower Creek Parkway
>Atlanta, Georgia 30339
>Telephone: 678-384-7000
>Direct: 678-384-7015
>Fax: 678-384-7034
>
>E-mail:  lmcbryan@hwmklaw.com
>
>
>Website:  www.hwmklaw.com
>
>
>CONFIDENTIALITY NOTICE: This e-mail transmission and the attachments
>accompanying it may contain confidential information from the law firm
>of Howick, Westfall, McBryan & Kaplan, LLP which is protected by the
>attorney-client communication privilege or the work product privilege.
>The information is intended only for use of the intended recipient.  If
>you are not the intended recipient, you are hereby notified that any
>disclosure, copying, distribution or the taking of any action in
>reliance on the contents of this e-mail or any attachment is strictly
>prohibited.  Any unauthorized interception of this transmission is
>illegal under the law.  If you have received this transmission in
>error, please promptly notify the sender by reply e-mail, and then
>destroy all copies of the transmission
>
>-----Original Message-----
>From: Ashley Ray [mailto:aray@swlawfirm.com]
>Sent: Monday, October 15, 2007 6:23 PM
>To: Louis McBryan
>Cc: rob Williamson
>Subject: In re Reliable Air, Inc.
>
>Lou,
>
>          We are in receipt of your letter of today's date.  I have
>spoken with Barbara Jape regarding the documents you have requested and
>she is in the process of gathering the same.  Once we have had an
>opportunity to review, we will provide you with access to the documents
>or will provide you with the basis of any objection the Debtor may
>assert.  In either event, we will get a response to you as quickly as
>possible.
>
>          We have provided you with alternative dates for the various
>depositions you wish to conduct.  Please let me know  when you would

>like to go forward with each of these.  As we discussed, Jeff Kerr is
>testifying in the Alliance Resource Mgmt. case and is unavailable on
>Wednesday, October 15, 2007.  Based upon our conversation earlier today
>and your letter, I understand that you will voluntarily release him
>from the subpoena which
>
>you served and will reset that deposition for a different date.   If
>this is not consistent with your understanding, please let me know as
>soon as possible so we can file a motion to quash.
>
>          Thanks.
>
>Ashley
>
>
>Ashley Reynolds Ray
>Scroggins & Williamson
>1500 Candler Building
>127 Peachtree Street, NE
>Atlanta, GA  30303
>(404) 893-3880 (phone)
>(404) 893-3886 (fax)
>aray@swlawfirm.com
>
>

Ashley Reynolds Ray
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA  30303
(404) 893-3880 (phone)
(404) 893-3886 (fax)
aray@swlawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          )
                                )    CASE NO. 05-85627
RELIABLE AIR, INC, d/b/a        )
RELIABLE HEATING AND AIR,       )    CHAPTER 11
                                )
        Debtor.                 )    JUDGE MASSEY
                                )
_____ )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing *MOTION TO CONTINUE CONFIRMATION* via first class mail postage prepaid to.

J. Robert Williamson, Esq.              C. Cyrus Malone, Esq.
Ashley R. Ray, Esq.                     Freisem Macon Malone & Swann, LLP
Scroggins & Williamson, PC              2905 Piedmont Road, N.E., Suite C
Suite 1500, The Candler Building        Atlanta, Georgia 30305
127 Peachtree Street, NE
Atlanta, Georgia 30303

and all parties listed on Exhibit "A" attached hereto.

This 17th day of October, 2007.

                          Respectfully submitted,

                          *HOWICK, WESTFALL,
                          McBRYAN & KAPLAN, LLP*

                          /s/_____
                          Virginia B. Bogue, Bar No. 065695

## EXHIBIT "A"

Apex Supply Company, Inc.
c/o Eric N. Van De Water
Pursley, Lowery Meeks, LLP
260 Peachtree Street
Suite 200
Atlanta, Georgia 30303-1239

Office of the U.S. Trustee
Suite 362
75 Spring Street, SW
Atlanta, Georgia 30303

American Standard
c/o Wagner, Falconer & Judd,
LLC
1700 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

CC Dickson Co.
c/o Joe Perry Redd, Esq.
1959-G Parker Ct.
Stone Mountain, GA 30087-
3449

Covenant Management, Inc.
J. Marc Replogle, Esq.
1820 The Exchange, Suite 150
Atlanta, Georgia 30339-2096

Flag Bank
c/o Quirk & Quirk, LLC
Suite 325
6000 Lake Forest Drive
Atlanta, GA 30328-3877

Mingledorffs, Inc.
c/o William Woods White
Suite 2100
2100 Riveredge Parkway
Atlanta, GA 30328-4693

Zions First National Bank
c/o Eric Anderson
Parker Hudson Rainer &
Dobbs, LLP
285 Peachtree Center Ave.
Suite 1500 30303-1285

Mingledorff's
6675 Jones Mill Court
Norcross, GA 30092-4394

Bellsouth Advertising &
Publishing Corp.
P.O. Box 95354
Atlanta, GA 30347-0364

Lennox Industries, Inc.
c/o Michael Kaplan
P.O. Box 471
Columbus, GA 31902-0471

Columbia Insurance Co.
P.O. Box 6032
Columbia, MO 65205-6032

APEX Supply Co., Inc.
d/b/a Home Depot Supply
3300 Breckenridge Blvd.,
Suite 100
Duluth, Georgia 30096

Covenant Management, Inc.
P.O. Box 105189
Atlanta, GA 30348-5189

CC Dickson
Escrow Acct. of Joe Perry
Redd
1959-G Parker Court
Stone Mountain, GA 30087-
3449

Salem Media of Georgia
2970 Peachtree Road, NE
Suite 700
Atlanta, GA 30305-4919

Humana, Inc.
P.O. Box 14209
Lexington, KY 40512-4209

Johnstone Supply
825 Progress Center
Lawrenceville, GA 30043

@ROAD
Mobile Resource Management
47071 Bayside Parkway
Freemont, CA 94538-6517

Blue Iris Consulting, LLC
4140 Blue Iris Hollow
Norcross, Georgia 30092-
5117

Dealers Supply Company, Inc.
c/o McCullough Payne &
Haan
171 17th Street, NW
Suite 975
Atlanta, Georgia 30363-1029

{File: 00006034.DOC /}

Dealers Supply Co., Inc.
82 Kennedy Dr.
P.O. Box 1708
Forest Park, GA 30298-1708

Ferguson Enterprises, Inc.
P.O. Box 100286
Atlanta, Georgia 30384-0286

Office Depot
Dept. 56
P.O. Box 689020
Des Moines, IA 50368-9020

Market Date Systems, Inc.
2451 Cumberland Pkwy.
Suite 3517
Atlanta, GA 30339-6136

News Shopper, Inc.
P.O. Box 1111
Woodstock, GA 30188-1111

Cintas Corporation
3600 Kennesaw 75 Pkwy.
Kennesaw, GA 30144-6403

Metro Directories
P.O. Box 941009
Atlanta, Georgia 31141-0009

{File: 00006034.DOC /}